# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  August 13, 2015                    520100
_____

In the Matter of ANONYMOUS,
                      Appellant,

    v                                          MEMORANDUM AND ORDER

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                      Respondent.
_____

Calendar Date:  June 8, 2015

Before:  Lahtinen, J.P., Garry, Devine and Clark, JJ.

_____

        Anonymous, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____

        Appeal from a judgment of the Supreme Court (O'Connor, J.), entered October 23, 2014 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

        Judgment affirmed.  No opinion.

        Lahtinen, J.P., Garry, Devine and Clark, JJ., concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court